CAROLYN ZIEMER, Respondent, v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered,

with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,175.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.